UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHANE HALE, *individually and on behalf of all others similarly situated*, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:21-cv-877-SDJ |
| v. | § § | |
| CREDIT MANAGEMENT, L.P., | § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK OF COURT AND THE HONORABLE JUDGE JORDAN:

Please be advised that the parties in the above-captioned matter have reached a settlement. The Parties anticipate filing a stipulation of dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) within 60 days of this notice.

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C
30 East Butler Ave.
Ambler, PA 19002
Direct: (267) 468-5374
Facsimile (215) 540-8817
Email:  jginsburg@creditlaw.com
teamkimmel@creditlaw.com


Christopher E. Roberts (*pro hac vice*)
Butsch Roberts & Associates, LLP
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)

croberts@butschroberts.com

Dated: March 18, 2025

## CERTIFICATE OF SERVICE

    I, Jacob U. Ginsburg, Esq. hereby certify that I served a true and correct copy of the foregoing on all parties of record via ECF on this March 18, 2025.

*/s/ Jacob U. Ginsburg*